IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01808-BNB

JOEL LUIS SANCHEZ,

Applicant,

v.

J. M. WILNER, Warden, FCI - Florence,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 26 2008

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Applicant, Joel Luis Sanchez, is a prisoner in the custody of the United States Bureau of Prisons (BOP) who currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. Mr. Sanchez initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a supporting brief. He paid the $5.00 filing fee required for a habeas corpus action.

On October 1, 2008, Magistrate Judge Boyd N. Boland ordered Respondent to file a preliminary response to the habeas corpus application and address the affirmative defense of exhaustion of administrative remedies. On October 21, 2008, Respondent filed a preliminary response. Applicant has failed to file a reply, although he was given the opportunity to do so.

The Court must construe Mr. Sanchez's application liberally because he is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as the *pro se*

litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, the application will be denied.

Mr. Sanchez, a native and citizen of Mexico, alleges that he pleaded guilty to illegal re-entry of a deported alien in the United States District Court for the District of California, and was sentenced to a term of imprisonment. In the instant action, he is challenging the removal order entered against him by the United States Immigration and Customs Enforcement.

Respondents argue that this Court lacks subject matter jurisdiction to consider the merits of Mr. Sanchez's challenge to a final removal order. The Court agrees. Pursuant to 8 U.S.C. § 1252(a)(1), judicial review of final removal orders is limited to the courts of appeals. *Gonzalez-Gonzalez v. Weber*, 472 F.3d 1198, 1199 (10th Cir. 2006) (challenges to removal orders must be made to the courts of appeals rather than through 28 U.S.C. § 2241 habeas corpus applications). Section 1252(a)(1) provides that "[j]udicial review of a final order of removal (other than an order of removal without a hearing pursuant to section 1225(b)(1) of this title) is governed only by chapter 158 of Title 28, except as provided in subsection (b) of this section." Chapter 158 governs the procedures by which appeals are taken, and provides for a petition for review to be filed directly with the court of appeals.

A petition for review provides "the sole and exclusive means for judicial review of an order of removal." 28 U.S.C. § 1252(a)(5); *see also Schmitt v. Maurer*, 451 F.3d 1092, 1094 (10th Cir. 2006). Therefore, to the extent that Mr. Sanchez seeks to challenge his removal order, a petition for review must be filed in the court of appeals.

In an immigration context, the only jurisdiction retained by the district court would be to ascertain whether Mr. Sanchez properly is detained. *Ferry v. Gonzales*, 457 F.3d 1117, 1131 (10th Cir. 2006) (district court retained habeas corpus jurisdiction after passage of the REAL ID Act of 2005 to consider issue of detention). In the instant action, Mr. Sanchez concedes that he is being detained pursuant to a federal criminal conviction and, therefore, there is no issue as to his detention. Dismissal of the habeas corpus application, therefore, would be based upon a lack of jurisdiction. Dismissal of a habeas corpus application is proper where the court finds it lacks jurisdiction to grant habeas corpus relief. *Lin v. Chertoff*, 522 F. Supp. 2d 1309, 1316 (D. Colo. 2007). Accordingly, it is

ORDERED that the application is denied and the action dismissed for lack of subject matter jurisdiction.

DATED at Denver, Colorado, this 26 day of Nov., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01808-BNB

Joel Luis Sanchez
Reg. No. 06405-046
FCI - Florence
PO Box 6000
Florence, CO 81226

Mark S. Pestal
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/26/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk